IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| J.P. Morgan Chase Bank, James Dimon, C.E.O., | ) ) ) | Civil Action No. 6:16-263-TMC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| Patricia Kearnes and William Kearnes, | ) ) ) | |
| Defendants | ) ) | |
| Christopher Jones and Desimber Wattleton-Jones, | ) ) ) | |
| Third-Party Defendants. | ) ) | |

Third-Party Defendants, Christopher Jones and Desimber Wattleton-Jones, proceeding *pro se*, removed this civil action from the Court of Common Pleas for Greenville County, South Carolina, Thirteenth Judicial Circuit. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the Magistrate Judge's Report and Recommendation ("Report"), recommending that this action be remanded to state court based upon the lack of subject matter jurisdiction. The parties were advised of their right to file objections to the Report. (ECF No. 12 at 9). However, no objections have been filed, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed

objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and the record in this case, the court adopts the Magistrate Judge's Report (ECF No. 12) and incorporates it herein. It is therefore **ORDERED** that this action is **REMANDED** to the Court of Common Pleas for Greenville County, South Carolina, Thirteenth Judicial Circuit, pursuant to 28 U.S.C. § 1447, for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

April 6, 2016
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.